UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANC OF AMERICA STRATEGIC SOLUTIONS, INC.; and BANK OF AMERICA, N.A.,<br><br>                          Petitioners,<br>  v.<br><br>NIAZ MOHAMED, JR.; 4-M FARMS, INC.; and SALICO FARMS, INC.;<br><br>                          Respondents. | CASE NO. 07-CV-446 W (AJB)<br><br>**ORDER (1) VACATING ORDER DATED 4/5/07; (2) GRANTING JOINT MOTION; AND (3) CONFIRMING ARBITRATION AWARD** |

    1. On April 3, 2007, the parties jointly moved for an order confirming an arbitration decision and award dated February 20, 2007. The court hereby **GRANTS** the motion in its entirety and **CONFIRMS** the arbitration award. In accordance with the arbitration award, the Clerk shall enter judgment as follows:

- $1,830,769.70 in favor of Banc of America Strategic Solutions, Inc. (BASSI) against Mohamed.
- $1,830,769.70 in favor of BASSI against Salico Farms.
- $1,830,769.70 in favor of BASSI against 4M Farms.

    2. **IT IS FURTHER ORDERED** that Mohamed shall take nothing on his cross-

1  claims against BASSI and Bank of America.

2      3. **IT IS FURTHER ORDERED** that BASSI has a valid and perfected security
3  interest in Mohamed's general intangibles owned at any time since execution of the
4  1987 security agreement.

5      4. **IT IS FURTHER ORDERED** that BASSI has a valid and perfected security
6  interest in Mohamed's machinery and equipment owned at any time since execution of
7  the 1987 security agreement.

8      5. The court hereby issues a **WRIT OF POSSESSION** for all of Mohamed's
9  inventory, receivables, machinery, and equipment, including but not limited to all items
10  listed on Exhibit 1 to the arbitration award, except for items 2, 13, 14, 32, 36, 37, 38,
11  39, 46, and 62.

12      6. The court hereby issues a **TURNOVER ORDER** in aid of execution for the
13  personal property identified in paragraphs 4 and 5.

14      7. The court hereby issues a **WRIT OF POSSESSION** for 176 pieces or 5,280
15  lineal feet of 10-inch gated aluminum pipe, 417 pieces or 16, 680 lineal feet of 10-inch
16  mainline irrigation pipe, and 12, 071 pieces or 362,130 lineal feet of 3-inch-by-30-foot
17  sprinkler pipe with risers.

18      8. BASSI and Bank of America are the prevailing parties in the action. The
19  arbitration award is in full settlement of all claims and counterclaims submitted in the
20  arbitration. All claims not expressly granted therein are denied.

21      9. This order supercedes the order dated April 4, 2007 in its entirety.

22      **IT IS SO ORDERED.**

24  DATED: April 9, 2007

                                                        _____
                                                        Hon. Thomas J. Whelan
                                                        United States District Judge