# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Banc of America Strategic Solutions Inc.; and Bank of America, N.A.

V.

Niaz Mohamed, Jr.; 4-M Farms, Inc.; and Salico Farms, Inc.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07-CV-446 W (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby grants the motion in its entirety and confirms the arbitration award. In accordance with the arbitration award, the Clerk shall enter judgment as follows:
$1,830,769.70 in favor of Banc of America Strategic Solutions, Inc. (BASSI) against Mohamed.
$1,830,769.70 in favor of BASSI against Salico Farms.
$1,830,769.70 in favor of BASSI against 4M Farms.
It is further ordered that Mohamed shall take nothing on his cross-claims against BASSI and Bank of America. It is further ordered that BASSI has a valid and perfected security interest in Mohamed's general intangibles owned at any time since execution of the 1987 security agreement. It is further ordered that BASSI has a valid and perfected security interest in Mohamed's machinery and equipment owned at any time since execution of the 1987 security agreement. The Court hereby issues a Writ of Possession for all of Mohamed's inventory, receivables, machinery, and equipment, including but not limited to all items listed on Exhibit 1 to the arbitration award, except for items 2, 13, 14, 32, 36, 37, 38, 39, 46, and 62. The court hereby issues a Turnover Order in aid of execution for the personal property identified in paragraphs 4 and 5. The court hereby issues a Writ of Possession for 176 pieces or 5,280 lineal feet of 10-inch gated aluminum pipe, 417 pieces or 16,680 lineal feet of 10-inch mainline irrigation pipe, and 12,071 pieces or 362,130 lineal feet of 3-inch-by-30-foot sprinkler pipe with risers. BASSI and Bank of America are the prevailing parties in the action. The arbitration award is in full settlement of all claims and counterclaims submitted in the arbitration. All claims not expressly granted therein are denied.

| April 10, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON April 10, 2007

07-Cv-446 W (AJB)