AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Banc of America Strategic Solutions, Inc., et al.

                **V.**                    **AMENDED JUDGMENT IN A CIVIL CASE**

Niaz Mohamed, Jr., et al.

                                  **CASE NUMBER:**    07-CV-446 W (AJB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Corrected Final Decision and Award of Arbitrator (Award), as set forth in pages 000113 through 0001588 of Exhibit 5 to the Amended Petition to Confirm Arbitration Award, is deemed attached to this Amended Judgment and incorporated by reference. The Award is CONFIRMED.  IT IS FURTHER ORDERED AND ADJUDGED THAT:

1. Respondent Mohamed is liable to Banc of America Strategic Solutions, Inc. (BASSI) in the amount of $1,830,769.70;
2. Petitioner BASSI has a valid and perfected security interest in Respondent Mohamed's general intangibles owned at any time since execution of the 1987 Security Agreement;
3. Petitioner BASSI has a valid and perfected security interest in Respondent Mohamed's machinery and equipment owned at any time since execution of the 1987 Security Agreement;
4. Petitioner BASSI is entitled to a writ of possession of all of Respondent Mohamed's inventory, receivables, and machinery and equipment, including but not limited to all items listed on Exhibit 1 to the Award, except items 2, 13, 14, 32, 36, 37, 38, 39, 46 and 62;
5. Petitioner BASSI is entitled to a writ of possession of 176 pieces or 5,280 lineal feet of 10" gated aluminum pipe, 417 pieces or 16,680 lineal feet of 10" mainline irrigation pipe, and 12,071 pieces or 362,130 lineal feet of 3" x 30' sprinkler pipe with risers;
6. Petitioner BASSI is entitled to a turnover order in aid of execution for the personal property, as set forth in the Award;
7. Respondent Salico Farms, Inc. Is liable to BASSI in the amount of $1,830,769.70;
8. Respondent 4M Farms, Inc. is liable to BASSI in the amount of $1,830,769.70;
9. Cross-Petitioner Mohamed shall take nothing on his Cross-Claims against BASSI and Bank of America; and
10. BASSI and Bank of America are the prevailing parties in the arbitration.

                                                                                W. Samuel Hamrick, Jr.

         April 24, 2007

               Date                                                                           Clerk

                                                                     s/ A.Everill

                                                                     (By) Deputy Clerk

                                                                     ENTERED ON: April 24, 2007

Case 3:07-cv-00446-W-AJB    Document 10    Filed 04/24/2007    Page 2 of 2